IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:21CR278 |
| vs. | ) | |
| KATHERINE MARIE TACHEIRA, DALLAS SHERMAN RHINEHART, and LINDSEY ANN ROKAHR, | ) | ORDER |
| Defendants. | ) | |

This matter is before the court on the defendant Dallas Sherman Rhinehart's unopposed Motion to Continue Trial [73] and defendant Lindsey Ann Rokahr's unopposed Motion to Continue Trial [74]. Counsel for both parties need additional time to review and complete the plea paperwork with the defendants. For good cause shown,

**IT IS ORDERED** that the Motions to Continue Trial [73] and [74] are granted, as follows:

1. The jury trial, **for all defendants**, now set for October 31, 2022, is continued to **January 23, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and January 23, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. A party may object to this order by filing an "Objection to Magistrate Judge's Order" no later than **October 25, 2022.** The objecting party must comply with all requirements of NECrimR 59.2.

**DATED: October 18, 2022.**

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge